LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00040 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES TO** |
| vs. ) | **CONTINUE STATUS HEARING;** |
| ) | **AND ORDER** |
| MIA MARY ROJAS, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, John T. Gorman, Federal Public Defender, hereby stipulate to continue the

//
//
//
//
//
//
//
//
//

status hearing currently scheduled for August 29, 2005, and that it be rescheduled to a date approximately three (3) months thereafter to be selected by the court.

SO STIPULATED.

DATE: 8/29/05

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: 8/29/05

_____
JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant