LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> MIA MARY ROJAS, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00040 <br><br> **ORDER re:** <br> **Stipulation Continuing Status Hearing** |

Based on the stipulation of the parties filed August 29, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the Order;

**IT IS HEREBY ORDERED** that the status hearing presently scheduled for August 29, 2005, is continued to Tuesday, November 29, 2005, at 2:30 p.m.

DATE: August 29, 2005

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam