LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00040 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' APPLICATION TO UNSEAL RECORD |
| MIA MARY ROJAS, | ) |
| Defendant. | ) |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-captioned matter, as to defendant MIA MARY ROJAS, for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this _21st_ day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney