LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00040 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | re: October 21, 2005 |
| ) | United States' Application |
| ) | to Unseal Record |
| MIA MARY ROJAS, ) | |
| Defendants. ) | |

The United State's Application to Unseal the Record, in the above captioned matter, filed October 21, 2005, is hereby granted.

**SO ORDERED** this 24 day of October, 2005.

WILLIAM ALSUP*
District Court of Guam

**ORIGINAL**

---

*The Honorable William Alsup, United States District Judge for Northern District of California, by designation.