# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV 28 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00040 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF PARTIES TO** |
| | ) | **VACATE STATUS HEARING,** |
| | ) | **AND SET SENTENCING** |
| | ) | |
| MIA MARY ROJAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant,

by and through his counsel, John T. Gorman, Federal Public Defender, hereby stipulate to vacate

//
//
//
//
//
//
//
//
//

1   the status hearing, now scheduled for November 29, 2005, and set this case for sentencing as

2   soon as the Court's schedule permits.

3          SO STIPULATED.

4                                                    LEONARDO M. RAPADAS
                                                     United States Attorney
5                                                    Districts of Guam and NMI

6
7   DATED: _11/28/05_                     By: _____
                                                     MARIVIC P. DAVID
8                                                    Assistant U.S. Attorney

9
10  DATED: _11/28/05_                     _____
                                                     JOHN T. GORMAN
11                                                   Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      -2-