ORIGINAL

JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

FILED
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant
MIA MARY ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00040 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXPEDITE |
| | ) | SENTENCING HEARING DATE |
| vs. | ) | |
| | ) | |
| MIA MARY ROJAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently set for March 15, 2006, at 9:30 a.m. be expedited to February 16, 2006 or a date convenient for the Court's calendar.

The parties request this new, expedited Sentencing Hearing date as Ms. Rojas will be 8 months pregnant on the current March 15, 2006 Sentencing Hearing date. The airlines will not allow her to fly into Guam from San Leandro, California on March 15, 2006, with the delivery date less than a month away. The Presentence Investigation Report has been prepared and the parties are ready to proceed with sentencing.

//

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 26, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
MIA MARY ROJAS

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA