ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br><br><br>MIA MARY ROJAS,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00040<br><br>GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY |

　　　　Comes now the United States and adopts the findings of the Presentence Investigation Report (PSR) with the following comments: Paragraph 58 of the PSR correctly includes a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of her intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

//

//

Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 26th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

2