JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
MIA MARY ROJAS

FILED
DISTRICT COURT OF GUAM
JAN 3 0 2006 ᐊP
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIA MARY ROJAS,<br><br>　　　　Defendant. | ) CRIMINAL CASE NO. 05-00040<br>)<br>)<br>)　　ORDER RE<br>)　STIPULATION TO EXPEDITE<br>)　SENTENCING HEARING DATE<br>)<br>)<br>)<br>) |

The Stipulation filed on January 26, 2006, is HEREBY APPROVED. The sentencing hearing previously set for March 15, 2006, is hereby moved to Thursday, February 16, 2006, at 10:00 a.m. The final presentence report and sentencing recommendation shall be submitted to the Court and the parties no later than February 1, 2006.

**SO ORDERED** this 30th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL