LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00040 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| MIA MARY ROJAS, ) | |
| Defendant. ) | |

COMES NOW the United States and moves for a downward departure under USSG § 5K1.1 and 18 U.S.C. § 3553(e) to Level 20 of the Sentencing Guidelines based on the substantial assistance the defendant provided to agents with the U.S. Immigration and Customs Enforcement.

Soon after her arrest on May 16, 2005 for bringing in methamphetamine for distribution to Guam, the defendant immediately cooperated with agents and identified her drug associates on island and elsewhere. The defendant's boyfriend, Gerardo Gonzalez, was also arrested on the same date. He and the defendant obtained the drugs from a friend in Texas. Gonzalez traveled with the defendant to Guam to ensure that the drugs were delivered and they would be compensated for their roles.

The next day both the defendant and Gonzalez assisted agents in three separate controlled

deliveries of the drugs which took place in a room in the Mai Ana Hotel. As a direct result of defendant's substantial assistance, the following individuals were arrested and prosecuted for their involvement in the drug trafficking ring: U.S. v. John T. Peralta, CR# 05-00061 (awaiting sentencing); U.S. v. Sean Michael Cole CR# 05-00039 (awaiting sentencing); U.S. v. Lisa Marie Rodriguez a/k/a Lisa Rodriguez Cole, CR# 05-00077 (awaiting sentencing); U.S. v. Gilbert J. Matta, CR# 05-00039 (acquitted); U.S. v. Jessica R. Mesa, CR# 05-00074 (currently 30 months imprisonment and awaiting final judgment of conviction); U.S. v. Deanna I. Morales, CR# 05-00039 (46 months imprisonment); and U.S. v. Annette Gonzalez, CR# 05-00039 (78 months imprisonment). Part of the incriminating recorded conversations during one of the May 17, 2005 controlled deliveries also were significant in the prosecution of U.S. v. Ricky A. Nelson, CR# 05-00060 (awaiting sentencing); and U.S. v. Erica R. Borja, CR# 05-00049 (awaiting sentencing);

For all these reasons, a downward departure to Level 20, which provides a range of 37 to 46 months under Criminal History Category II, is appropriate and the government will recommend the minimum term under said range.

RESPECTFULLY SUBMITTED this __14th__ day of February 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2