DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

**FILED**
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.  CR-05-00040            DATE:  February 16, 2006

---

HON. LARRY ALAN BURNS, Designated Judge            Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:53:06 - 10:19:52    CSO: J. McDonald / J. Lizama

*********************APPEARANCES***********************

**DEFT:  MIA MARY ROJAS**                          **ATTY:  JOHN GORMAN**
( X ) PRESENT ( ) CUSTODY  ( ) BOND  (X) P.R.      ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                       AGENT:

U.S. PROBATION: MARIA CRUZ                         U.S. MARSHAL: C. MARQUEZ

---

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:  32        Total offense level:  20       Criminal History Category: II

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested for a sentence of 30 months and moved for a further downward departure.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Government recognized the defendant's substantial assistance.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government's Motion for Downward Departure - Granted.  Defense counsel's oral Motion for further Downward Departure - Denied.

Counsel requested for a judicial recommendation for the Dublin, California facility and for a self-surrender date of May 1, 2006 to the designated facility.

The Court Granted the judicial recommendation, however, Denied the self-surrender and stated his reasons.

Defense moved for further reconsideration regarding the self-surrender. The Court Denied the request.

SENTENCE:  CR-05-00040                             DEFENDANT: MIA MARY ROJAS

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF  37 MONTHS.  DEFENDANT SHALL PARTICIPATE IN THE 500 HOUR INTENSIVE DRUG TREATMENT PROGRAM AS APPROVED BY THE U.S. PROBATION OFFICE .

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT DUBLIN, CALIFORNIA.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS  .

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL OFFENSE.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

8. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE.

ALL FINES WERE WAIVED BY THE COURT.  DEFENDANT WAS ORDERED TO PAY TO A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY, OR DURING HER TERM OF IMPRISONMENT.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED.  DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS.

DEFENDANT WAS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

Courtroom Deputy: