# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Mia Mary Rojas,<br><br>　　　　　Defendant. | Case No. 1:05-cr-00040<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and Notice of Entry filed February 16, 2006 and the Amended Notice of Entry filed February 17, 2006***, on the dates indicated below:

*U.S. Attorney's Office*　　　　*Federal Public Defender*　　　　*U.S. Probation Office*
*February 21, 2006*　　　　　　*February 17, 2006*　　　　　　　　*February 21, 2006*
　　　　　　　　　　　　　　　 *(Judgment and Notice of Entry only)*　*(Judgment only)*
　　　　　　　　　　　　　　　 *February 21, 2006*
　　　　　　　　　　　　　　　 *(Amended Notice of Entry only)*

*U.S. Marshals Service*
*February 16, 2006*
*(Judgment and Notice of Entry only)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and Notice of Entry filed February 16, 2006 and the Amended Notice of Entry filed February 17, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 21, 2006　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk