# United States District Court

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
MAR 12 2007 hb
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| Name of Offender: **Mia Mary Rojas** | Case Number: **CR 05-00040-001** |

Name of Sentencing Judicial Officer:  Honorable Larry Alan Burns, Designated Judge

Date of Original Sentence:  February 16, 2006

Original Offense: Conspiracy To Distribute Methamphetamine, in violation of 21 USC §§841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence: Thirty-seven months imprisonment followed by five years supervised release with conditions that the defendant: submit to one urinalysis within 15 days and two more urinalyses within 60 days; shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; shall not unlawfully possess a controlled substances and refrain from any unlawful use of a controlled substance; comply with the standard conditions of supervised release; refrain from the use of all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol; perform 200 hours community service; and pay a special assessment fee of $100.

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **N/A**

---

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall submit her person, residence, office, vehicle, or any property under her control to a search. Such search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

Report for Modifying the
Conditions or Term of Supervision with Consent of
Offender

page 2

## CAUSE

Ms. Rojas is currently serving her term of imprisonment at the Federal Correction Institution in Dublin, California. She will soon satisfy her term of imprisonment and begin her term of supervised release. Ms. Rojas submitted a release plan with the Northern District of California to reside in San Leandro, California. She has been a life-long resident of California. Ms. Rojas' plan was acceptable to the District, however, due to her conviction of Conspiracy to Distribute Methamphetamine, a search condition is being required as a condition of her supervised release before they will accept her. Based on Ms. Rojas' request to continue to live in California, the Northern District of California is requesting modification of her conditions of supervised release. Attached is the Waiver of Hearing to modify Conditions of Probation/Supervised Release or Extend Term of Supervision (PROB 49) with Ms. Rojas' consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: MARCH 5, 2007

Respectfully submitted,

by: CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Date: 3/5/2007

### THE COURT ORDERS

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above.
- [x] The Modification of Conditions as Noted Above.
- [ ] Other

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

3/12/07
Date

RECEIVED
MAR - 5 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit her person, residence, office, vehicle, or any property under her control to a search. Such search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

Witness: _____  Signed: _____
~~U.S. Probation Officer~~  Mia Rojas
CASE MANAGER  Probationer or Supervised Releasee

Feb. 3, 2007
Date